# Order

Michigan Supreme Court
Lansing, Michigan

January 27, 2009

Marilyn Kelly,
Chief Justice

137645

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 137645
COA: 287185
Calhoun CC: 08-000627-FH

AARON MIKAEL FOX,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the September 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

0120